UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAK,<br><br>        Plaintiff,<br><br>    v.<br><br>EOCELL, INC., et al.,<br><br>        Defendants. | Case No. 20-cv-05791-VC<br><br>**ORDER CONDENSING HEARINGS ON PENDING MOTIONS** |

The motion to compel arbitration, the motion to remand, and the motion to strike will all be heard together during one hearing on Thursday October 22, 2020 at 10 a.m. via zoom. The hearings currently scheduled for October 15 and October 29 are vacated. The briefing schedules for the pending motions remain the same.

**IT IS SO ORDERED.**

Dated: October 5, 2020

VINCE CHHABRIA
United States District Judge