UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAK,<br><br>    Plaintiff,<br><br>  v.<br><br>EOCELL, INC., et al.,<br><br>    Defendants. | Case No. 20-cv-05791-VC<br><br>**ORDER DENYING LEAVE TO FILE SUR-REPLY**<br><br>Re: Dkt. No. 30 |

EoCell, Inc.'s motion for leave to file a sur-reply is denied.

**IT IS SO ORDERED.**

Dated: October 13, 2020

VINCE CHHABRIA
United States District Judge