UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAK,<br><br>        Plaintiff,<br><br>    v.<br><br>EOCELL, INC., et al.,<br><br>        Defendants. | Case No.  20-cv-05791-VC<br><br>**ORDER TO REFILE EXHIBITS IN ACCORDANCE WITH STANDING ORDER**<br><br>Re: Dkt. Nos. 12-2, 20-1, 20-2, 21-1, 21-2, 28-1, 28-2 |

The filings at Docket Numbers 12-2, 20-1, 20-2, 21-1, 21-2, 28-1, and 28-2 do not comply with Judge Chhabria's Standing Order for Civil Cases. *See* Standing Order ¶ 24. Each exhibit should be filed as a separate PDF. The parties shall refile these documents with separate exhibits by 4 p.m. on Thursday, October 15. The parties (1) shall use the filing event "Other Documents" → "Amended Document (NOT Motion)," (2) shall link the document to the noncompliant filing, and (3) shall rename the filing appropriately. This order has no impact on the previously filed briefs.

    **IT IS SO ORDERED.**

Dated: October 13, 2020

                                                  VINCE CHHABRIA<br>
                                                  United States District Judge